## BUTT v. CLARK, Administrator

ADMINISTRATOR—REAL ESTATE.—Where there is an averment that an administrator had taken possession of the real estate of the decedent, the presumption is that it was a legal possession under the statute.

APPEAL from the *Warren* Common Pleas.

RAY, CH. J.—A claim was filed against the estate of *Romaine,* deceased, "for damages sustained by said *Butt* on a contract of lease entered into by said decedent in her lifetime with said *Butt,* in that said administrator rented the premises described in the article of agreement to *Peter Lee,* and put him in possession of the same, against the wish and will of said *Butt,* whereby he was hindered and prevented from obtaining possession of the premises rented to him by said decedent, to his damage," etc. A demurrer was sustained to this claim.

The statute authorizes the administrator to take possession of the real estate under certain circumstances, and as the averment is that such possession had been taken, we think the presumption is that it was a legal possession. See also *Guynn* v. *Jones,* 12 Ind. 486.

Judgment reversed, and cause remanded, with directions to overrule the demurrer, and for further proceedings. Costs against the appellee.

*B. F. Gregory* and *J. Harper,* for appellant.

*J. H. Brown,* for appellee.